UNITED STATES DISTRICT COURT
for the middle district of Florida
Ocala Division

Shaun Patrick Stewart
    plaintiff

        -V-

Case No. 5:23-CV-350-JLB-PRL

State of Florida,
Sumter County District Court,
Office of Public Defender Fifth Judicial Circuit,
State Attorney's Office- Sumter County
Attorney General of Florida- Ashley Moody,
North Florida Evaluation & Treatment Center,
Sumter County Detention Center,
County of Sumter,
Governor of Florida- Ron Desantis,
Florida Department of Law Enforcement,
Federal Bureau of Investigation- Director Wray,
The Florida Bar,
U.S. Department of Justice
        defendants

Reference Case No.

2021-mm-287(dismissed)
2021000449AXMX
2021000455AXMX
2021000483AXMX

CIVIL COMPLAINT & EMERGENCY COURT ORDER REQUEST

2023 JUN -5 AM 11:27
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA, FLORIDA

FILED

I Parties to this Complaint

A) Plaintiff

Shawn Patrick Stewart
219 E. Anderson Ave. Bushnell, FL 33513
Jail Institution & ID: Sumter County Detention Center,
SCSO213BN000440

B) Defendants - Official Capacity

State of Florida
400 Monroe St. Tallahassee, FL 32399

Sumter County District Court
215 E McCollum Ave. PO Box 2587 Bushnell, FL 33513

Office of Public Defender Fifth Judicial Court
416 N Lawrence St. Bushnell, FL 33513

State Attorney's Office - Sumter County, FL
215 E McMcollum Ave. Suite 102 Bushnell, FL 33513

Attorney General of Florida - Ashley Moody
The Capitol PL-01 Tallahassee, FL 32399

North Florida Evaluation & Treatment Center
1200 NE 55th Blvd. Gainesville, FL 32641

Sumter County Detention Center
219 E. Anderson Ave. Bushnell, FL 33513

County of Sumter
8033 E County Road 446 Lady Lake, FL 32162

Governor of Florida - Ron Desantis
The Capitol, 400 S Monroe St Tallahassee, FL 32399

Florida Department of Law Enforcement
PO Box 1889 Tallahassee, FL 32302

Federal Bureau of Investigation - Director Wray
935 Pennsylvania Ave. NW Washington, DC

The Florida Bar
451 E Jefferson St. Tallahassee, FL 32399

U.S. Department of Justice
950 Pennsylvania Ave. NW Washington, DC

II Basis (A) Violated Laws or Complaint:

- 42 U.S.C. § 1983/'Bill of Rights' Constitution violation-Amendment(s): 4, 5, 6, 8, 9, 14 Sec. 1, 1

- 42 U.S.C. § 1985/'Bill of Rights' Constitution violation conspiracy-Amendment(s): 4, 5, 6, 8, 9, 14 Sec. 1, 1

- Criminally charged via violation of laws, constitutional rights, continuous torture tactics, kidnap/false-imprisonment, civilian mafia collusion, staffwide targeting & false statements.

- Premeditated intent to: criminally charge me before there ever was a so-called crime; manufacture a crime; criminally frame me; maliciously prosecute me.

- Organized Crime conspiracy plot facilitation and/or coverup.

- Mafia influence of my case: prosecution, legal representation, & my evidence/statement in court.

- Judge, Prosecutor, & Public Defender: corruption; corruption & organized crime by proxy coverup; intent to defraud jury.

- Inability to have: a fair trial; effective state legal representation; a personal attorney.

- Conflict of Interest: County Judges, State Prosecutors & Public Defenders; across-the-board court actor corruption, direct or by proxy organized crime & corruption coverup; Multiple corruption lawsuits against all court actors.

- Denial of personal attorney of my choice, via premeditated corrupt & criminal actions by State & LEO actors, & on behalf of civilian organized crime actors.

- Case evidence cover-up via all court actors & the offices they're associated with - the Judge, State Attorney, & Public Defenders (2).

- Sabotage & blocking outgoing mail to State & Federal Court, & Law Enforcement (Sumter Jail).

- Sumter County Law Enforcement, Detention Center Staff, State Attorney's Office, & civilian Mafia collusion & conspiracy, to intimidate & threaten to murder a witness & defendant.

- Denial of Postage, Envelopes, & Paper required for Court (Sumter Jail).

- Inability to retrieve, access, or send case evidence & a report to Federal Law Enforcement (regarding organized crime) that contains hundreds of documents (N.F.E.T.C./Sumter Jail).

II Basis (A) Violated Laws or Complaint:

- Illegal Jail Detainment, Prosecution, Criminal Charges, & potential long-term Imprisonment.

- LEO Felony Offense & Corruption Cover-up, via the Sumter County State Attorney's Office.

- All Court Actor Collusion, to Deny Due Process, all Legal Rights, Speedy Trial, to Cover-up Corruption, & the State's involvement in Organized Crime - directly or by proxy.

- Court, & State Violation of Rights, Laws, & past Case Law by refusing to Dismiss my (illegal & fake) Jail Charges.

- 18 U.S.C. § 1962 (RICO), 18 U.S.C. § 1963, all applicable State & Federal Organized Crime & Conspiracy Laws (see statement 4 of 4).

- Inability to receive help or report a crime via State actors, local & Federal Law Enforcement, as a Mafia Targeted Individual; due to a set of scripted every-target actions being carried out nationwide, preventing this, & the collusion of actors via an organization that is a mafia of mafias, gangs, & organizations, that also lobbies the State to hire/promote its members as top-ranking State officials - Police Chiefs, Prosecutors, etc.- boxing-in every target with no way out (I'm a former attempted LEO, recruit. While also providing dangerous civilian mafia actors with State & Federal (& Corporation - banking, device GPS, etc.) server access to hunt & counter your every move nationwide (see statement 4 of 4).

- Kidnap Arrested & continuously Jail Kidnapped on behalf of my Business Competitors, & the head of the largest Mafia in the State (see statement 4 of 4).

- Organized Crime via the largest organizations in Florida & the Country, is going completely unchecked & unmonitored, impossible to report & understand due to: (1) How complex & intense the targeting is; (2) The quantity of crimes committed at once - by the people & entities we are supposed to trust - with no one to enforce the law, & would require 50 lawsuits to hold anyone accountable; (3) The complete control of State & Federal (& Corporation) entities, via select high-ranking actors, creating a trickle-down mass-targeting effect; (4) The by proxy collusion of secondary hands-dirty mafias & gangs, whos actions are completely protected by the State when it pertains to you; (5) The instant arrest of every target who attempts to file a police report, combined with shutting down all forms of electronic communication (see statement 4 of 4).

II. Basis (B) Actions pertaining to Violated Laws or Complaint:

- Prosecution via a premeditated jail false-imprisonment/state-kidnap, following a set of scripted actions on behalf of mafia actors, such as: (1) Ignoring bond, & never allowing outside communication; (2) Denial of every legal right, resources to exist (access to water, to drink, shower, soap, toothbrush, phone/kiosk - weeks-months) & continuous unbearable living conditions & torture tactics; (3) Endless organized attempts to manufacture jail charges in various ways, including repeatedly physically abusing the target to induce a reaction; (4) Blackmailing the target to take the (fake mafia-law enforcement) criminal charge(s), via death/family threats, & loss of all assets & income.

- Jail charge prosecution, following a premeditated plot to criminally frame me, via mafia & gang, civilian & state actors, & knowingly wrongfully & maliciously arresting, jailing, & prosecuting me (charges now dismissed). An arrest initiated & prosecution (initially) via full-time travelling mafia actors, who have no record working in Sumter County before, or after my arrest, & bounce in & out of law enforcement & prosecutor offices state & nationwide, arresting & prosecuting mafia targets only; knowingly being used to facilitate a scripted, every-mafia-target action of continuous jail false imprisonment. (state kidnap), enabling start to manufacture jail charges (3) & retaliate, after weeks of torture tactics, physical abuse, & family/death threats, attempting to force me to take fake charges. This would eventually lead to the state. forging a fake competency eval that I mentioned previously, to block me from trial, coverup state corruption, mafia activity & associated actors (no mafia target is allowed to have trial, or a personal attorney); and what Judge Hatcher, public defender Daniel Snow, & the state attorney's office have been trying to coverup, & block me from using as case evidence; putting my prosecution on hold 1.5 years & counting in an attempt to do so, while keeping me imprisoned, & ignoring my requests for a bond-hearing & evidence review.

- Jail charge prosecution (& maliciously revoked bonds), on behalf of civilian & state, mafia & gang actors, & a organized crime plot to forever shutdown my companies (head mafia member is a business competitor), along with repeated attempts over 10 years to forever imprison me, & carry out a hands-clean mafia & gang prison murder plot, using the state as an accessory or to facilitate these plots, directly or by proxy & corruption.

- State & Federal Organized Crime & Conspiracy Law Violations: Premeditated plot to criminally frame, kidnap, to prevent me from reporting a crime, field & jail kidnap, maliciously & illegally prosecuting & continuously imprisoning me - including illegally revoked bonds, on behalf of my business competitor & the head of the largest mafia in the state - in an effort to eliminate me as a business competitor, & "knows-to-much" loose-end. These law violations could be applied to Civilian, State, & Federal actors.

II Basis (B) Actions pertaining to Violated Laws or Complaint:

· Illegal Prosecution, due to Felonies committed to detain me.

· Illegal Criminal Charges, due to being illegally detained.

· Illegal Imprisonment, via kidnap x 2 & civil rights violations.

· State Attorney's Office aware of Felony criminal offenses, that were premeditated & LEO's used to fabricate criminal charges against me, & have spent 2.5 years covering it up, instead of filing criminal charges against corrupt LEO actors, that should include Sheriff Bill Farmer.

· Collusion between all court actors - Judge, State Attorney, & Public Defender - to deny due process, all legal rights & speedy trial, cover-up corruption, & cover-up the State's involvement in organized crime, directly or by proxy.

· Illegally & maliciously revoking my bonds on behalf of corrupt State actors targeting me, & on behalf of civilian Mafia actors directly or by proxy, in an effort to forever shutdown my business, force the loss of all my assets, destroy my personal & business reputation, force homelessness & the loss of my family, with all of this transpiring after being submitted as a mafia & gang target for the 3rd time by my business competitors, & also trying to physically eliminate me due to my knowledge of them embezzling money & their involvement in organized crime. There are endless LEO & court actors, that should be charged with conspiracy, kidnapping, & RICO violations. Roughly 1 year later, the honorable judge Hatcher would repeatedly falsely state I had a bond, & I could have left at any time; my family would then attempt to bond me out, after 2 years of being jailed & a kidnap victim - they'd confirm I have no bond along with jail staff - my public defender would ignore all calls, from my family to bond me out, & my attorney & the judge would ignore my motion for a bond hearing & verbal request for a bond in court.

· All State actors on every level & every department, knowingly keeping an innocent person jailed for years & trying to send a victim of organized crime & corruption to prison, to complete a full cover-up in an effort to prevent the possibility of a lawsuit; along with the State & LEO's carrying out the agenda of their civilian mafia associates. Which is why I've been forced to include their superiors in this case filing, the Attorney General & Governor.

· Based on case law - 'the fruit of the poisonous tree doctrine'- my jail charges must be dismissed; all court actors have been made aware of this, & have ignored it.

· Dismissal of Case No. 2021-mm-287 via medical fraud, after serving almost a max sentence; to cover-up the State's involvement in organized crime, a premeditated plan to criminally frame & maliciously prosecute me (a kidnap), via a civilian mafia actor posing as a Sheriff; a nationwide every-mafia-target tactic.

II Basis (B) Actions pertaining to Violated Laws or Complaint:

- Inability to have a personal attorney, or legal representation of my choice, due to: (1) Mafia actors carrying out an every-target scripted action of mafia-threatening the life & practice of any attorney who attempts to represent you, & threatening to kill you through your attorney, for wanting to take your case to trial; (2) Mafia coordinated jail false-imprisonment, & blocking all outside communication, is used as a tool to force the loss of all income & assets, ensuring even the most financially successful person (I had a six-figure income) can no longer hire an attorney. Forcing you to use a public defender, that is, a conflict-of-interest, & will only only assist the state with blocking you from trial & any state corruption evidence from being submitted to the court (every time, as a 5-time & 10 year mafia target).

- Inability to have a fair trial, rigged prosecution & legal defense, & all-court-actor conflict-of-interest, due to: (1) Sumter County Detention Center staff allowing civilian mafia in the building twice, to send me a message & threaten my life, regarding my statements/evidence in state & federal court; (2) Sumter County Prosecutor's office leaking my case into status, & state/federal court statements & intentions, directly to civilian mafia actors, leading to an immediate threat of murder if I don't keep my mouth shut, after illegally letting a mafia actor in the Detention Center, just for this purpose; (3) Sumter County Detention Center staff getting caught throwing away, and/or stopping my legal & court mail from going out, sabotaging my every move; (4) All court actors manipulating my case evidence, that would prove a history of state corruption targeting me, & why nothing they say can be trusted, in a criminal case that is he said-he said, blocking evidence in an effort to defraud the jury; (5) I've been forced to file lawsuits against all court actors, due to continuous & extreme corruption, & endless violations of my legal rights, creating a conflict-of-interest regarding the court, legal representation, & prosecutor's office - my request for a new court venue, nelson, hearing, & a conflict-of-interest attorney have all been ignored.

- Illegal Prosecution, Imprisonment, & Criminal Charges: (1) Law Officers committing Felonies to manufacture criminal charges against me (on behalf of civilian mafia actors, with the State Attorney's office being aware & involved with this) means I'm illegally criminally charged-not to mention the charges are a lie & video evidence proves this-and all State actors should have conspiracy, kidnapping, & RICO charges filed against them, for carrying this out on behalf of my business competitors & a mafia kingpin or an organization that contains State actors; (2) I was illegally arrested/kidnapped, then jail kidnapped, which means at best my (fake) jail charges, have to be downgraded before trial - but this is why all court actors conspired to forge & submit a fake health eval, to block me from my original arrest trial, so I can never speak of this & use it as evidence - my public defenders are assisting with rigging the legal process, along with 2 of 3 Sumter Judges; (3) All court actors do not get a 1.5 year pass to deny speedy trial, so they can cover-up their own court & medical fraud, & corruption.

II Basis (B) Actions pertaining to Violated Laws or Complaint:

• All Sumter County Court actor & State Legal Representation conflict-of-interest, due to: (1) Law Enforcement & every court actor corruption as case evidence; (2) Corruption lawsuits against all court actors & their offices; (3) State corruption, case evidence cover-up, via every single court actor involved in my case(s) for 2.5 years & counting.

• Select Jail staff actors carried out every-mafia-target scripted actions, blocking all forms of communication to bond out-phase 2 of a state/mafia kidnap-to force the loss of all income (I had a 6-7 figure business & a $100 bond cost), to block me from the ability to hire an attorney, & knowing the State will rig the legal representation & prosecution-this happens to every mafia target, which is why I'm requesting a conflict-of-interest attorney of my choice, at the State's expense, regardless of cost. I would've hired the best attorney & had the money; but lost it all, due to this 2-phase mafia coordinated, kidnap & physically silence me conspiracy operation.

• I would not be criminally charged if the State/Law-Enforcement did not carry out a 2-phase kidnap, torture, denial of every legal right & entitled resource, make false statements with premeditated intent to do so, & collude/act on behalf of civilian mafia actors; legally my charges have to be dismissed. The court knows this & does not care; the State-who's already leaking my court intentions to civilian mafia actors-& has maliciously prosecuted me on their behalf for 2.5 years, & counting. With the hope of sending me to prison, knowing I'd get released on appeal; but by that time, I will have served roughly 4-5 years & a max sentence; I'll be thrown to the wolves, or mafia & gang actors in prison, which is exactly what these civilian mafia actors have repeatedly attempted to coordinate for 10 years, to hands-clean end my life, & using mafia-controlled State/LEO actors as an accessory, or to facilitate this plot (that starts with organized criminal framing attempts every time, 5 times in 10 years).

• Jail staff is blocking most of my outgoing mail for over 1 year, that includes: 16 Federal court filings; State court motions & case evidence; an organized crime report to the FBI. They are doing this to cover-up their involvement in criminal & corrupt activity, & to deny due process.

• Jail staff is refusing to provide the proper postage & envelopes required to send documents for indigent inmates, blocking my ability to send case evidence; they only provide the resources to send 2-3 documents, my court filings are tens-hundreds of documents.

II. Basis (B) Actions pertaining to Violated Laws or Complaint:

- Judge Hatcher, filed an order to send me to a mental insti-
  tution, after being informed by the State my failed
  competency evaluation was submitted via fraud & forgery
  (to coverup LEO/State corruption, mafia collusion, actors &
  activity, & block me from trial on my original arrest); this
  was after initially deciding to ignore the forged compe-
  tency evaluation & proceed with trial, then changing her
  mind & assisting the State with it's coverup, after I re-
  quest this fraud to be added to evidence,"so the jury
  doesn't blindly trust the (corrupt) State".

- My Public Defender, after investigating the forged & fraud-
  ulent competency evaluation manufactured by the State,
  used to coverup LEO/State corruption, mafia collusion,
  actors & activity; a premeditated mafia coordinated no-
  crime arrest, & using the fraudulent eval to block me from
  trial & silence me; while also researching my business con-
  sultant, management, & successful business ownership
  work history, & learning their is 4 deputy witnesses & video
  evidence at this competency eval fraud & forgery; he
  confirms it is fraud, & asks the judge to ignore the failed
  eval & to proceed with prosecution. However when I ask
  for the eval fraud & forgery, to be added to evidence,
  my Public Defender conspires with the state attorney &
  judge, to delete the fraudulent eval as evidence I can use; with
  the judge & Public Defender compulsively lying in court, repeat-
  edly attempting to manipulate me as if I'm an unintelligent
  fool, & trying to get me to go along with their corruption evi-
  dence coverup. With all court actors keeping me continuously
  imprisoned on jail charges, year after year (with my bonds mal-
  iciously & illegally revoked, ignoring all bond hearing requests &
  video evidence proving nothing illegal happened), with my cases
  on hold & ignoring all speedy trial requests; they use every
  court date to attempt a new tactic to force me to go
  along, with their state/county corruption evidence coverup, but
  I refuse. A year later, my Public Defender gives up all other
  corruption coverup tactics, & decides to go with the state
  doctor's forged eval, to send me to a mental institution;
  so the state can eventually legally prosecute me, without
  having to admit to their fraud on-record, so I can't use it
  as evidence, I must have this as case evidence for trial; to
  prove a pattern of State, County, & Law Enforcement actor
  corruption, with a premeditated plot to manufacture criminal
  charges & maliciously prosecute me, & use forged court docu-
  ments to manipulate the legal process & evidence, to cover-up
  their criminal intent & previous actions- that were carried
  out on the behalf of civilian mafia actors.

- All court actors have illegally ignored my written & verbal re-
  quests & demands for speedy-trial(4), a nelson hearing,
  a change of venue & attorney due to a conflict-of-inter-
  est- my evidence is against all County, State, & Court actors,
  so the jury sees their corruption & intent to lie; they
  have also ignored my bond hearing requests, that've
  been illegally revoked for 2+ years (a firm State kidnap).

II Basis (B) Actions pertaining to Violated Laws or Complaint:

• Speedy Trial denial for over 1 year, due to:

• Every court actor ignoring all requests, 1 verbal in court & 4 written, & sent to all parties, including Notice of Expiration of Speedy Trial, pursuant to Fla.R.Crim.P.3.191, activating the right of recapture period, pursuant to 26.So.3d 572;

• Public Defender Daniel Snow & Judge Hatcher colluding with the State - by ignoring all Speedy-Trial requests & not filing for it in court, or enforcing it, is enabling all court actors to circumvent the law on-record, forcing me to sit in jail for years with no attorney communication, or due process, using these same tactics on other Sumter County defendants, & relying on them not knowing any form of recourse to stop the violation of their rights;

• The State Prosecutor's, Public Defender Daniel Snow & Judge Hatcher halting prosecution 1.5 years & counting (with my bonds illegally & maliciously revoked), colluding, & conspiring to coverup a past premeditated forged & fraudulent competency eval(with video evidence & 4 deputy witnesses) that was used to block trial on my original arrest, that would expose the state & county's involvement in organized crime targeting me, colluding directly or by proxy with civilian mafia(s) & gangs, a premeditated plan to arrest me before a so-called crime was committed on behalf of a civilian mafia actor(with hard evidence, & a resigned Sarasota, FL police chief who was caught attempting the same thing a few days earlier), an arrest via a fake LEO who bounces in & out of law enforcement offices state & nationwide arresting every mafia target or coordinating it, a premeditated & scripted every-mafia-target plan to falsely imprison me in jail, & never let me out(I had a bond), forever block all outside communication to bond out-blackmail, torture, threaten me, deny every legal right & resource to exist(access to water, shower, toilet, soap, toothbrush, phone, kiosk) to force me to take fake criminal charges, & the loss of all my assets & business - then use these same tactics & false statements to manufacture jail charges when I don't cooperate - the state, my public defender & judge are all conspiring to block me from using state/county fraud, forgery & corruption as evidence for my jail cases, already admitting to a fraudulent competency eval in court off-record, but refusing to admit this on-record, therefore keeping me under an in-competent status, & not having the ability to legally prosecute, every court date has resulted in nothing but a new failed tactic in a organized coverup & my cases not moving forward;

• The State not allowing me to represent myself, to force a Speedy Trial, due to their own forged court & medical documents, & corruption cover-up, it's been 2.5 years, the State & Court continue to collude, & ignore the law-my charges must be dismissed, but they refuse.

II Basis (B) Actions pertaining to Violated Laws or Complaint:

- Jail staff/detectives have blocked me from speaking with federal law enforcement, obtaining witness protection, & filing a police report, during my effort to report being a target of multiple mafia & gang organizations, that includes MS13, Cartel, Hell's Angels, & by proxy collusion of select Law Enforcement; only retaliating against me, & taking away my access to resources for just simply speaking of LEO corruption.(Hayes, Otero, & others).

- Jail staff is now refusing to provide addresses & phone numbers we need for court, law enforcement, & resources; creating a indirect denial of due process, & enabling staff to act corruptly with no consequences.

- Judge Hatcher, thinking my lawsuit against the court & State for corruption, & medical, & court fraud, is over (it's not), creates a second court order, to send me to a mental institution, & State facility, North Florida Evaluation & Treatment Center in Gainesville, FL - the judge knowingly doing this via medical fraud to assist the State with its cover-up- this creates major problems for me after I'm transferred (that I'm hoping a judge will resolve via court order), such as: (1) I've spent over 1 year hand-writing hundreds of documents for case evidence, State & Federal court filings - with my window to file about to expire, & an organized crime report to Federal law enforcement- that pertains to having a mafia(s) & gang(s) hit out on me, by proxy collusion with select law enforcement, state & federal actors, 10 years of repeatedly attempted extreme organized criminal framing that would get me a 20 year sentence & killed for free, targeting & sabotage of my income, business, car & assets, targeting & death threats of my family, 10 years of knowledge of nationwide mafia tactics & resources that are a threat to national security, my attempt to get witness protection, a new identity & relocated, & much more - North Florida Evaluation & Treatment Center refused to let me make copies of legal documents so I can mail them out, & forced me to type hundreds of documents on the library computer to print them when I was done, I trashed the hand-written documents as I typed them, then staff would not allow me to print the documents I needed, or provide a commissary balance I needed for Federal court filings; (2) N.F.E.T.C. sent me back to Sumter County without even evaluating me- seemingly assisting the State with its Medical & Court fraud cover-up, & creating the illusion this process was legit - 1/3 of my 700 legal documents are still there, making it impossible to submit case evidence & court filings to State court - with my trials coming up very soon, & with SCDC blocking 80% of my legal mail anyway- I can no longer submit my Federal court filings, with the deadline to submit them about to expire- I need an immediate court order, I can no longer submit my report to the FBI, ensuring I will not survive my next destination, as I'm being targeted by the largest mafia in the State & Country combined, with the assistance of select LEO's & State actors, with by proxy collusion of nationwide murderous gang organizations.

II Basis (B) Actions pertaining to Violated Laws or Complaint:

- The following actions are the results of being a victim of organized crime, corruption & a coverup; via an organization that is a mafia or mafias, gangs, & organizations; that includes state, federal & corporation actors; that unleash all resources at once & carry out every-target scripted actions, such as:

- <u>Criminal/Mental-Health Framing & False Imprisonment</u>

  - Every target will be arrested by any means, followed by; blocking all outside communication & ignoring your right to bond out; continuous false-imprisonment/state-kidnap, mafia threatening any personal attorney you attempt to hire; forced loss of all assets & income; denial of every legal right, denial of every resource to exist & continuous daily torture tactics; threatening (to arrest or kill) and/or targeting your family; state refusal to legally represent you, allow state/county corruption as case evidence, or allow trial; forcing you to take (fake) criminal charges & silencing you by any corrupt & fraudulent means necessary; attempts to keep you imprisoned in a mental institution for years, or forever, via fraud. This entire process starts with a designated stand-in LEO & prosecutor, who are full-time mafia actors, who bounce in-and-out of law enforcement & prosecutor offices state & nationwide - waiting on standby - to maliciously arrest, prosecute & rig the entire court process of every target; initially attempting to frame every target using women, minors, or as a drug trafficker.

- <u>Every Device/Car/Electronic Account (email, cloud) Hacking, Cloning, Remote-Control & Illegal Audio/Video/GPS/Banking Surveillance (to facilitate organized crime actions below)</u>

  - Made possible via in-house & darkweb-hired former military communication experts & hackers, corporation server access, & your home/business address; using this resource to locate & listen to you 24/7, to facilitate the following mafia & gang actors, & their actions:

- <u>Mobile Mafia Team</u>

  - Travelling state & nationwide, bouncing in & out corporation, law enforcement, prosecutor offices & more, making all mafia targeted individual conspiracy plots & actions possible; keeping most civilian, state, & corporation mafia activity in a closed-loop, & the majority of staff unaware you're a mafia target. Ensuring you only interact with stand-in law enforcement, & corporation full-time mafia actors; sabotaging or denying all service & products possible.

II Basis (B) Actions pertaining to Violated Laws or Complaint:

- <u>Mass Gang-Stalking (via illegal electronic surveillance)</u>

  - Tens-hundreds of civilian, state, mafia & gang actors, gang-stalking targets via illegal device/car/cloud GPS location surveillance, & data pulled from every targets cloned phone. With select or 1 designated LEO waiting on standby, immediately arresting every target that tries to report gang-stalking & associated mafia activity.

- <u>No Access To Money</u>

  - All forms of income, & access to existing money, shutdown, blocked, or siezed; via any form of fraud, sabotage, state/mafia/gang collusion, & criminal activity necessary to ensure you have no access to money, transportation, shelter or communication.

- <u>Communication Shutdown</u>

  - Rerouting all calls to the FBI, & target corporations to mafia actors, who pose as these entities & ensure you never get any help; installing digital scripts in your devices (& car computer), shutting down communication & functionality; blocking your device I.P. & IMEI addresses from all software, communication, & social media platforms (while stranded & trapped by mafia & gang actors); all of this possible via mafia access to corporation servers, your device (& car) I.P. & IMEI address info, & using former military communication experts & hackers, with their own remote & mobile cellular signal sources.

- <u>Law Enforcement & Corporation No-Service</u>

  - Every target is completely boxed-in, blocked from all personal & business resources you'd ever need on a daily basis; from food, shelter, transportation, communication, medications, access to money, law enforcement & more- while your arrest is pending. This is achieved starting with illegal every-device & banking surveillance, gathering data & learning your habits, then unleashing all mafia resources & scripted actions on the target. See previously mentioned mafia resources & tactics.

- <u>Premeditated Arrest, Prosecutor/State Corruption & Targeting</u>

  - A full-time mafia LEO & Prosecutor(s), who bounce in & out of offices state & nationwide, waiting on standby, to arrest & prosecute every target; or put them in a mental institution, strip them of their adult rights, take away their kids, etc.; all via civilian & state mafia collusion, organized criminal framing, medical & court fraud, or inducing trauma via gang-stalking & framing them as mentally ill- with corrupt stand-in judges used to facilitate these actions.

II Basis (B) Actions pertaining to Violated Laws or Complaint:

- <u>Organized Crime Actions (every-target, via illegal surveillance)</u>

  - (1) Staged car accidents, sabotage & destruction of your vehicle, towing-away every targets vehicle by any means & left stranded (simultaneous with shutting down all access to money, income & shelter), leaving you in the most unsurvivable conditions possible, with select law enforcement assisting with this process & your attempted demise; (2) Staging criminal framing actors-from women, underage, girls, & even children-with select law enforcement waiting on standby to arrest you; (3) Using civilian mafia & gang actors to plant drugs, while mafia LEO's wait on standby, to arrest you, knowing you're going to be framed; (3) Illegally using jail staff deputies, to arrest (& gang-stalk) mafia targets; (4) Mafia threatening any target who attempts to take their mafia-created criminal charges to trial, & any attorney who attempts to represent them (keeping their fake mafia LEO & prosecutor out of court, & off all paperwork by any means); (5) Arresting any target who attempts to report gang-stalking & mafia activity; (6) After arrest, falsely-imprisoning every target, blocking all outside communication, & forcing you to take fake criminal charges, via denial of every legal right & resource to exist, torture tactics, family or death threats, state-kidnap, & the loss of all your assets, etc.; (7) Using organized criminal framing, or a mafia arrest, corrupt state actors, rigged prosecution via denial of trial, legal representation, blocking of all state corruption & mafia activity as evidence, to facilitate a forced prison sentence, or a mafia & gang hands-clean prison murder conspiracy plot; (8) Physically forcing targets out of their home, via the by proxy collusion of mafia LEO's, & civilian mafia & gang actors, to kickoff organized criminal framing, gang-stalking, forced homelessness, & other civilian/state mafia & gang criminal activity.

## III Prisoner Status

- Pretrial detainee; on jail charges only, my original premeditated malicious arrest charges were dismissed.

## IV Statement of Claim - see documents attached

- Location: Sumter County, FL & Detention Center, & North Florida Evaluation & Treatment Center

- Date: 2/13/21 - current

- Statement 1 of 4:

   A summary of the State's involvement in organized crime targeting me, & all court actor & detention center corruption (via letter).

- Statement 2 of 4:

   A history of court actor corruption; using a forged mental health eval to cover-up the State's involvement in organized crime, corruption, & a repeatedly attempted kidnap, that lead to a police chief resigning; then followed by a cover-up of a cover-up, carried out by all court actors, & knowingly sending me to a mental institution via fraud.

- Statement 3 of 4:

   A history of denied/ignored speedy trial requests; with all court actors, violating the law for 1.5 years, until they can complete the process of covering up all corruption; along with illegally ignoring Nelson, Bond, & Conflict hearing requests.

- Statement 4 of 4 (pending postage & envelope resources):

   A detailed every-action statement of civilian & state mafia & gang actors, colluding directly or by proxy to target my business, car, assets, relatives, & I in this instance; and 4 other times over a period of 10 years. Sumter County Detention Center is denying me the resources I need to send legal mail as an indigent inmate; this statement contains hundreds of documents & requires additional resources. I would need an order from this case judge, to obtain the resources I need to send this additional statement.

## V Injuries & Losses

- This is not a financial damages case filing; this is a emergency court order request.

- My Safety, Assets, Business, Family, continuous till this day - 2.5 years - Pain & Suffering, Income & Resources, Freedom, all Legal Rights, Reputation, & more.

II Relief

- Consideration from the judge, before reviewing my requests:

1) If I'm transferred back to North Florida Evaluation & Treatment Center, where I just left, I can retrieve & gain access to the hundreds of documents I need for case evidence, an organized crime report to the FBI & witness protection request, & for my state & federal court filings; all of this I've spent over 1 year working on, & my life depends on. With the help of a court order, I'll have full-day library computer access to finish typing roughly 700 documents, that are 1/3 complete at N.F.E.T.C., & must be legible for court & law enforcement; I'll have internet access for law library access, court filing, defendant addresses, & the ability to submit an FBI online report containing a detailed summary of 10 years of nationwide organized crime data I should be telling from the grave. I'll have access to postage, envelopes, court due process via the ability to send outgoing mail, medical, soap & hygiene products, clothing, & more - all of this is being denied & sabotaged at Sumter County Detention Center. At N.F.E.T.C., I'll still be in state custody until trial or charge dismissal; jail deputies won't have the ability to torture & torment me, & deny all legal rights & resources; civilian mafia actors won't be able to enter the facility to threaten my life regarding my statements to the court & federal actors, or influence my living conditions as much.

2) I'm purposely not submitting this court filing as a 'Writ of Prohibition' to have my jail charges dismissed, as they should be based on the law; I need a secure facility to hide in until I can send these federal court filings (with the legal deadline about to expire) & FBI report, with my only hope of surviving, this being via Federal Witness Protection & resources, & based on past experience I'm going to be hunted by civilian & state mafia & gang actors upon my release. If you decide to dismiss my jail charges at this point in time, I'll have no ability to complete these tasks; due to civilian & state mafia or corrupt actors colluding & conspiring to strip me of all existing money, my business, car, shelter, clothes, phone, all assets & personal possessions, etc. I need a window of time to leave state custody at my own will - to complete these tasks & obtain FBI help - after these (fake) charges are over, with your help via court order.

3) If everything does not go according to the above plan, all hope is lost regarding regaining access to, finishing, & the ability to mail my criminal case evidence, federal court filings, & FBI report; while also losing the ability to be safe from organized crime, & hold all actors accountable.

VI Relief (continued - 1)

4) It is a conflict-of-interest for any Sumter County State Attorney, Judge, or Public Defender to process my case; my case evidence is against multi-county Law Enforcement & all Sumter County Court actors, & their across-the-board corruption, cover-up of the State's involvement in organized criminal activity, a 3-time attempted or achieved kidnap, organized criminal framing & Sheriff Bill Farmer allowing a civilian mafia actor to pose as a Sheriff to no-crime kidnap arrest me & sieze my car; State medical & court fraud to cover this up & block trial, then reversing it to try to send me to prison on jail charges on behalf of civil ian mafia actors; Judge Hatcher (& all court actors) being aware of alot of this, have only conspired to cover-up what I need as case evidence. Although 2 of my jail cases have video proving I'm being framed, just as my original arrest charges did; my 3rd jail charge is he said-he said, my plan is to show a patt-ern of corruption via all State actors, & why select LEO's had intent to lie, & manufactured these charges via kidnap, torture, denial of legal rights & resources - including the ability to bathe for weeks-months, in an effort to force me to plead guilty to my original arrest charges. Sumter County judges & both of my public defenders have all conspired to rig the prosecution for the State, & blocked me from using State corruption data as evidence. Judge Hatcher is ignoring my request for a change of venue to Charlotte County due to a conflict-of-interest; not to mention a past & current corruption lawsuit against all Sumter County court actors; I need a conflict attorney as well; this request has also been ignored.

5) I don't feel that corrupt Law Enforcement & State actors should be rewarded for carrying out script-ed every-mafia-target actions, on behalf of civilian mafia actors & my business competitors; actions such as a 2-phase kidnap, blocking my ability to bond out - with a $100 bond cost & a 6-7 figure bus-iness - never allowing me to access the phone or kiosk, while torturing me to force a guilty plea & manufac-ture jail charges. I feel that I'm entitled to any conflict-of-interest attorney of my choice, at any cost, as I had the money; and not forced to use a poorly rated or inexperienced conflict attorney from the State's list of vendors.

Ⅺ Relief (continued - 2)

6) The State, found me 'incompetent to proceed' regarding the case & related evidence that would prove I'm innocent, or, allow me to convince a jury that I'm a victim of a mafia & State kidnap, torture, & premeditated corrupt intent; but finds me competent, to face prison time via jail charges, with no evidence & false statements. The problem is, they forged a fake eval to send me to a mental institution, but never evaluated me or gave me a competency eval to send me back; the State is running out of time to legally prosecute me, while keeping me jailed on illegally revoked bonds for 2.5 years; they seem to have called in a favor, medical & State fraud 2.0, & are illegally prosecuting me - an incompetent defendant - based on how the law says, this is supposed to work, & the process for everyone else.

7) I'm being framed by the State, with evidence to support this, however based on case law, C.B. vs State, 979 So.2d 391, the State cannot charge me with jail felonies or LEO related charges; due to being illegally detained & arrested (kidnapped). With the judge & my public defender colluding in, a cover-up with the State, I have no chance of getting these (fake) charges corrected to misdemeanors; and if they were 'corrected,' I've served almost a max sentence on all 3 cases - and that's if I was sentenced consecutively - without yet being prosecuted. I didn't do these crimes in jail, & I deputy has apologized & admitted to filing a fake charge to appease his superiors.

Law Enforcement committed multiple premeditated felonies to kidnap arrest me, keep me detained & continue the kidnap, & to manufacture jail charges; followed by a corrupt judge illegally revoking my bonds. This means I've been unlawfully & maliciously jailed for 2.5 years & counting, which is worse than being wrongfully convicted, due to corrupt intent.

The 'Bill of Rights' does not allow court actors, a window of time - roughly 1.5 years - to violate my due process, speedy trial, & legal representation rights, so they can cover-up corruption & forged medical & court documents; I requested speed-trial 4-5 times, including a notification of expiration of speedy-trial. I wanted to be Pro Se, to override my corrupt public defender colluding with the State to deny my rights & cover-up corruption; but I wasn't allowed to, due to the State's premeditated medical fraud. Once again, my jail charges must be dismissed, based on Federal & State speedy-trial laws.

## VI Relief (continued-3)

• Primary & Emergency Requests via the honorable Judge:

1) File a court order, instructing Sumter County to send me back to North Florida Evaluation & Treatment Center in Gainesville, FL, while I wait for trial, to only transfer me back to a jail for trial, & to bring me back to N.F.E.T.C. or the location of my choice after I win trial, or my charges are dismissed.

2) File a court order for a prosecution change of venue to Charlotte County, FL.

3) File a court order for the State to provide a conflict-of-interest attorney; consider an order that allows me to hire any attorney I want, instead of being stuck with a State vendor.

4) If the honorable Supreme Court Judge or the State dismisses my jail charges, I'm requesting a court order to allow me to stay in State custody (N.F.E.T.C.) for up to 6 months - while I attempt to receive federal law enforcement assistance, witness protection resources, & have an initial return address for my federal court filings - then return to Charlotte County as a free citizen upon my request.

5) File a court order instructing North Florida Evaluation & Treatment Center, to allow me access to resources such as: (1) Full-day access to the library computer, or a laptop, to regain access to my existing documents, & to finish typing hundreds of documents of my criminal case evidence, organized crime report to the FBI containing 10 years of data, resources, & tactics state & nationwide, along with my federal court filings - with all 3 containing the same data; (2) The ability to print the documents I need at will; (3) Postage, envelopes, & small boxes to mail all documents; (4) Internet access to review the law library, obtain case filing $, defendant info, send a digital copy of all documents, & submit an FBI online report that I've been trying to do for 2 years.

6) Send a copy of all court orders to me; as I'll most likely need to use them as a reference, to ensure the court orders are followed on a daily basis.

7) Update- Consider the following: (1) My trial(3) for jail charges is now scheduled for September, making the above requests even more urgent & requiring immediate court orders for success; (2) The judge & State spent so much time trying to cover-up fraud & corruption, they've run out of time to prosecute me, while jailed 2.5 years- Judge Hatcher has decided to bypass the medical & legal process for finding me 'competent' for trial, & is proceeding with trial with someone who is legally 'incompetent' to proceed with trial according to the State; (3) It's been made clear the State & Court want my head by any illegal means, due to exposing corruption in State & Federal Court-continuing to rig prosecution.

Ⅺ Relief (continued-4)

• Relief via FBI, FDLE, & DOJ

  • Investigate the current & future, civilian & State, organized crime & corruption data I have or will provide. Consider voluntarily assisting with: (1) Expediting what I need to send this data to you, see previous document; (2) Providing witness protection resources & a new identity, as I can no longer have a job, a business, or surely exist - or allow me to work with Federal law enforcement as an active mafia target; (3) Freeing me from this State/mafia kidnap operation.

• Voluntary Relief via the State of Florida, Sumter County, Attorney General, Governor, FBI, FDLE, DOJ, FL Bar, & Judge

  • Consider providing resources, to survive - in good faith - that were purposely ripped away from me via State & County actors; in collusion & on behalf of civilian mafia, & gang actors, directly or by proxy. Resources - for a period of time - such as: (1) Transportation (I had a Tesla Model S); (2) Clothing (I do not own even a pair of socks now, thousands of dollars of clothes auctioned off); (3) Basic income to initially survive & function (I had a 6-7 figure business); (4) Shelter; (5) Safety, starting with protection from statewide mafia controlled law enforcement, along with mafia & gang civilian actors. This is not any form of a financial damages settlement.

  • Consider investigating all Court & Law Enforcement actors who have knowingly conspired to send a innocent person to prison, cover-up corruption by any means - that includes knowingly keeping an innocent person jailed, leaking my case info to civilian mafia actors & allowing them to threaten to murder a witness, rigging the legal process to ensure a State kidnap & torture is covered up, & much more. Consider asking for their resignation, revoking Law & Medical Licences, & filing criminal charges.

  • Consider instructing Sumter County Detention Center to: (1) Stop carrying out corrupt & criminal actions on behalf of civilian mafia actors, directly, or by proxy of their superiors; (2) Provide legally entitled hygiene products - soap, toilet paper, etc; (3) Stop the 2 years and counting of torture tactics; (4) Stop blocking & sabotaging my outgoing mail to State & Federal Court, & Federal Law Enforcement - denying due process & covering up organized crime & corruption; (5) Stop denying my right to send outgoing legal mail, & provide the necessary stamps & envelopes I need to send mail to the Courts & Government entities; and (6), at your discretion, consider providing a commissary budget or free access, for communication, clothing, hygiene, postage & writing materials, food, etc. - resources I've never had in 2.5 years - and applying this to any other location I'm transferred to. This would not be any form of a financial damages settlement.

  • Consider State & County actors are being used to facilitate the physical end of my life, hands-clean.

XI Relief (continued-5)

* Relief via Sumter County Court, Jail, State Attorney's & Public Defender's Office, & the State of Florida

• Reverse the dismissal of Case No. 2021-mm-287 based on finding me incompetent (via your own fraud); either admit to an illegal & premeditated malicious arrest & prosecution- publicly & on letterhead- or allow trial, which I repeatedly requested at time of prosecution.

• Provide a conflict-of-interest attorney, due to my case evidence being against all State, County, & Court actors, including the Public Defender's Office.

• Allow me to hire a conflict attorney of my choice at any cost, instead of selecting from State vendors; due to the premeditated plot to kidnap & falsely imprison me, to force the loss of my 6-7 figure business & all assets.

• Stop prosecuting a legally incompetent person, based on the State's required process to find a defendant competent, because you're in a rush to finish covering up medical & court fraud.

• Allow a prosecution & court change of venue to Charlotte County, FL, due to my case evidence being against all Sumter County, State, & Court actors, & a conflict-of-interest; along with Sumter judges conspiring to cover-up corruption & past retaliation for exposing it.

• Stop leaking my State & Federal Court statements & intentions to civilian mafia actors, & allowing them in Sumter jail to intimidate me & threaten to murder me.

• Acknowledge past case law, C.B. vs State, 979 So 2d 391 (FL Appeals Court 2008), that due to my premeditated illegal & malicious arrest, & jail kidnap or false imprisonment- that the State has always been aware of & tried to cover-up= I cannot be charged with (jail) felonies, & I've already served 2½ times the max sentence without being convicted, on charges that aren't even true. Acknowledge if LEO's & the State participate in premeditated organized criminal framing, a 2-phase kidnap, & Felony level criminal activity- that the State & Sheriff Bill Farmer were aware of & facilitated- means I can't be criminally charged at all.

• Stop maliciously prosecuting me & ignoring firm video evidence I'm innocent, for 2.5 years- starting with my original arrest.

• Stop ignoring all due process & speedy trial laws; Nelson, Bond, & Conflict hearing requests; covering up case evidence & rigging prosecution; and doing the same to many other defendants.

continued...

VI Relief (continued-6)

• Sumter County & State of Florida continued:

• Stop colluding to circumvent all speedy-trial laws; ignoring all written, verbal, & kiosk requests for 1.5+ years requesting speedy-trial, including a final notice of expiration of speedy-trial, allowing 10 days to start trial; using your own medical & court fraud to deny my legal rights, including the ability to represent myself, to force a trial. Acknowledge my jail charges should be dismissed based on the law.

• Sumter County Detention Center: Stop conspiring to: (1) Manufacture jail charges via torture tactics, denial of all hygiene products, unbearable living conditions, creating fake reasons to commit acts of assault & battery, shutting off all access to water to shower, drink, & a functional toilet for weeks-months, & purposely putting the most business-professional inmate in the worst & the most gang-affiliated pods, knowing I'll have to fight, get jumped, & criminally charged for defending myself; and (2), using the same tactics combined with death threats, to force me to plead guilty to take charges; (3) Block, sabotage-and possibly throw away- my outgoing mail to State & Federal Court, & Law Enforcement- denying due process & continuing to keep my kidnap off-record; (4) Deny the postage & envelopes I need for legal mail & case evidence as an indigent inmate, for 2 years & counting-ensuring I can tell nobody about what is being done to me; (5) Allow civilian mafia actors to enter the jail to threaten me, to manipulate my court statements- while also manipulating my living conditions.

• Sumter Jail: Provide all necessary hygiene products, postage & envelope resources immediately.

• Sumter Court: File a court order to send me back to North Florida Evaluation & Treatment Center while I wait for trial; I explain why in Relief page 1. File a court order for a change of prosecution venue to Charlotte County.

II Relief (continued-7)

• Relief via North Florida Evaluation & Treatment Center

• If/when I'm transferred back to your facility - Allow: (1) full-day access to the library computer or a laptop, to regain access to my existing files, & to finish typing my hundreds of pages of case evidence, an FBI report, & federal court filings; (2) The ability to print documents I need at will; (3) Access to postage, envelopes, & small boxes to mail all documents; (4) Internet access to review the law library, obtain case filing & defendant info, send a digital copy of all documents, & submit an FBI online report that I've been trying to send for 2 years; (5) The ability to move about the campus unrestricted - do not require classes - and allow me to finish my legal work; (6) The option to stay on campus for up to 6 months, after my cases are dismissed or I win trial, so I can seek assistance from federal law enforcement.

• If the State doesn't send me back to your facility, allow me to access the facility at a later date to retrieve my existing files, or have counselor BJ mail them to me via flash drive; and provide a point of contact to coordinate all of this.

IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  5/8/23

Signature of Plaintiff

Printed Name of Plaintiff  Shaun Patrick Stewart

Prison Identification #  SCSO21JBN000440

Prison Address  219 E. Anderson Ave

Bushnell                      FL        33513
                 *City*                          *State*           *Zip Code*

B.    **For Attorneys**

Date of signing:  _____

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Address  _____

_____
                 *City*                          *State*           *Zip Code*

Telephone Number  _____

E-mail Address  _____

Statement 1 of 4

Sibum Patrick Stewart
219 E. Anderson Ave.
Bushnell, FL 33513

I'm writing you because I'm in desperate need of help. A little about me: I'm a 20 year business consultant & business owner; I've been a target of organized crime via multiple mafia & gang orgs - with 1 org. including state & law enforcement actors - 5 times in 10 years. I'm what you'd call a mafia targeted individual, but to an extreme level; 2 handfuls of organizations; from MS13, Cartel & 1%er's, to multiple state & nationwide mafias, that include or use thousands of civilian, state, & corporation actors & their resources. Who practice & carry-out scripted, every-target actions such as: Organized criminal framing, mass gang-stalking, forced loss of all income, assets & the arrest of every target, manufactured car accidents, illegal audio, video, banking & phone/car GPS surveillance, poisoning, denial of all state/corporation service & much more. I've been trapped in a civilian & state mafia kidnap for 2 years, & I'm currently at Sumter County Detention Center. After being stripped of my Tesla & phone via mafia actors, surrounded by multiple mafia & gang organizations for days; I attempt to file a police report, & I'm immediately arrested by a full-time nationwide mafia actor who I've met before; whos only job is to carry-out or coordinate the arrest of every mafia target, assisting with criminal framing and/or knowingly filing fake criminal charges; grouped with a travelling mafia prosecutor (labeling your court paperwork 657xxx, meaning 666 36-aka mafia target), & a stand-in judge; keeping all mafia activity & state corruption in a closed-loop, state & nationwide (I have 10 years of data to support this).

A few days before my arrest, I try to report organized crime targeting my company, after tracing it back to who was responsible for it(& letting them know); one of the most powerful mafia individuals in the U.S., & has complete control of the state & law enforcement. For the second time in 10 years, he requests the Sarasota Police Chief & LEO's statewide via his org. to arrest me before I can contact the FBI; not knowing yet I'm in the process of being framed again in multiple ways to support an arrest cause, but this process did not fully play-out yet. My phone is cloned, audio tapped & GPS tracked by civilian/state mafia actors, along with Sarasota police & Sheriff's, & I'm quickly going to realize this. I call the FBI/Federal Agencies/Sarasota Deputy; LEO's instantly call-in & respond to their own take 911 call; 2 Sheriff's swarm me & try to physically force me off the phone with local law enforcement; a Sarasota deputy stops the Sheriff's from kidnapping me, tells me she knows who's doing this to me, but "don't say his name" on my tapped phone, & that I need to leave town now". I give her a brief history of mafia cop activity targeting me in Sarasota; including the retired police chief & other LEOs colluding with civilian mafia, planting drugs & arresting me; these tactics are used on every target, & would later be attempted again or in the works. Long story short, the sarasota police chief resigned that night; although publicly the reason for resignation was a lie.

The next day, while the sarasota police chief is resigning on the news, I'm swarmed by Hillsborough Sheriff's (mafia cops), looking to make an arrest - I escape. I'm in a rental vehicle on this day, meanwhile civilian mafia is destroying/sabotaging my Tesla; has been doing this for roughly a week I'd later confirm, & using dealership access to do it. I pickup my car from Tesla & run; my car is being re-motely backed & my tires instantly blow. I'm stranded in the middle of nowhere, my phone's been stolen by a mafia actor, & there are no real stores. I'd be surrounded & hunted by multiple civilian mafia & gang organizations for days, trying to force me off camera & into the woods by any means; while hundreds of civilian, state, Sheriff & jail staff actors gang-stalk me for days-day & night. I'd be told via mafia & gang actors: "my eyes will be cut out if I talk to the feds", regarding what criminal actions were done to my car, business, & who I caught doing them. Also stating: "it has been decided you can't have a business or a job, your only option is to keep running; you're going to be killed regardless, if you talk to the feds; your family will be targeted as well (& will start via LEO's).

Trapped for days, I try to file a police report; the fake travelling mafia cop would arrive, instantly puts me in cutffs; has someone else file a fake statement & charges (Richard Tan) to keep his name off all paperwork; I'm taken to jail (The charges would be dismissed 4 months later). Just as Sarasota County did to me, as a mafia target in the past, select jail staff deputies would carry out an every-target mafia false-imprisonment script, that includes:

- Never allowing outside communication to bond out (4 months); forcing the loss of all income & assets by design; denying the ability to hire an attorney via loss of income & blocking communication.

- Never allowing you to bathe, or access to soap, toothbrush, a func-tional toilet, running water or water to drink (week(s)-months).

- Doxing all relatives; threatening to kill them (if I contact Feds); mocking you as they attempt to locate & arrest them nationwide.

- Forcing you to take (fake) criminal charges & blocking trial by any means; hunting down any personal attorney you attempt to hire, mafia threatening them & creating denial-of-service; public defenders refusing to represent you, or allow trial; allowing civilian mafia into the building to threaten you & your family's life.

- Continuously filing forged/fake mental health, competency, & court documents; stripping you of jail resources, denying legal rep. & blocking you from trial, sending you to a mental institution - all via fraud.

- Continuous mental & physical torment/torture tactics (2 years), & denial of every legal right & resource; unbearable 40-60° cells via A/C manip-ulation; staff-wide targeting; using/rewarding inmates to threaten my family & I, mental torment, etc; no A/C & airflow 3" months.

- Manufacturing jail charges by any means (I now have 3 fake cases).

2 of 8

As all of this plays out, almost all county/state actors, would act corruptly, and/or assist with a coverup, on the behalf of those in-the-know, such as: Sheriff Bill Farmer, the supervisor of all FL state attorneys, & many more. To name a few of these corrupt individuals & associated actions:

- Booking & other jail staff ensuring I can never physically access a phone or kiosk; nor providing a code to access the phone/kiosk digitally - a scripted, every-mafia-target action. After 3.5 months, I see, my first chance to touch a phone; maybe I can use someone else's kiosk code? Staff saw on camera, I was attempting to use the phone; they'd immediately make it a daily routine to unplug the kiosk, & keep it out of our physical reach.

- The travelling (to every-mafia-target) initial prosecutor & stand-in judge, accessing my jail property & tracing my ID signature on a doc. stating: "I decline legal representation", & labeling the document: 657xxx (666.36), AKA mafia target. This was a multi-mafia criminal framing job gone wrong & a accidental arrest; I was in the process of being framed for multiple felonies, but that process wasn't complete yet. There were multiple mafia & gang org.'s waiting for me on the outside, this setup took weeks to plan & execute; I had to be released immediately. The Judge(1) at first appearance would imply, if I act/say I'm crazy, I would be released (the law allows this); the prosecutor(1) & judge(1) would become angry, that I wanted to fight these charges, not knowing I'm fully aware what's waiting for me on the outside; while also trying to gather intel on any attorney I intend to hire, so they can be hunted down & threatened, as in the past - an every-mafia-target scripted action.

- Targeting, corruption & abuse: Putting me in forever solitary confinement, 24 hour lockdown, & "in-the-box" status from the moment of arrest (all illegal) for almost a year-until someones family threatened to call elected officials; taking my food without cause, shutting off all water to my cell for weeks-months, then repeatedly macing me when I get mad; deputy Hollis twisting my wrists in cuffs to the point of breaking them, attempting to manufacture a 'resisting-arrest' charge; court deputies slamming me & my head against the wall, then trying to work out an off-record plea deal for the state (just help us cover this up); take-the-charge-or-else/do-not-contact-feds' death-threat bodybag props delivered with my food regularly; jail staff & prosecutor knowingly filing fake jail charges, & later admitting it; the jail allowing civilians from 2 different mafia org.'s into the jail, to threaten/intimidate me regarding contacting feds, then threatening to kill me immediately after notifying the state/court I'm filing a fed lawsuit to expose this mafia arrest/kidnap & coverup; manufacturing jail charges via kidnap/false-imprisonment, blocking all communication, torture, false statements, while also correcting course on a criminally frame & prison murder plot; forced loss of all assets & my business - by design, a scripted every-target action; repeatedly filing fake suicide-watch reports; ensuring all my cell no.'s are 36, or equate to 36(666), AKA mafia target.

- Organized State hit-job and corruption continued: The judge(3) requesting a mental competency eval, after I tell him the state forged my signature on a document stating: "I decline legal representation", knowing the state would retaliate & allowing them to cover this up; the judge(3) maliciously revoking bonds on all cases/charges, ensuring I'll be in jail for 2-3 years on fake charges & video evidence proving I'm being framed; the supervisor of all FL state attornies taking over my case, instructing the state doctor to submit a forged & fraudulent competency eval., to coverup my mafia arrest via fake LEO, & civilian/state mafia & gang collusion to criminally frame me -- the doctor/state gets caught; public defender's Andrew Sigler & Daniel Snow knowingly filing/using a forged competency eval. as evidence at the direction of their state associates, initially as a organized crime/corruption coverup, & later as a lawsuit coverup; public defender Daniel Snow initially researching my business, & I, then investigating the forged/fraudulent state competency eval., notifying judge hatcher & d.a. cason the eval. was fake, all parties agreeing to proceed with prosecution, until I notify the judge I want this fraud & corruption added to evidence," so the jury does not blindly trust the state"(all charges contain false statements)- the judge instantly orders I'm to be sent to a mental institution (until I file a fed lawsuit), leaning into the fraud & corruption, to assist the state/county with its coverup of a coverup, of organized crime; judge(5) hatcher, d.a. cason, & public defender daniel snow delaying my prosecution, ignoring all speedy-trial requests(4), keeping me in jail an additional 1.5 years & counting (2 years as of Feb. 13, 2023) on dismissed, original charges, not having the ability to legally prosecute me unless they admit on record the competency eval. was fraud, & using every court date (with no attorney communication in 2 years) to attempt to force this forged eval. through, or force me to assist with a coverup.

The main 2 state & nationwide organizations repeatedly targeting me, lobby every department of the state, corporations & more, to hire it's members, & unleash all of them on you at once; feeding all of your personal data (banking, cloud/device gps, audio/video device surveillance) to every organized crime & gang-stalking actor that exist; using this to shutdown all income, hunt you, arrest you, & hands-clean end your life via no resources or prison - their is no escape. With every targeting instance(s) starting with physically forcing you out of your home via civilian/LEO mafia & gang collusion (org.1), & using women, minors & even children in attempts to frame you (org.1 & 2) - with select LEO's on standby. I need a new identity & help escaping this.

I want to note, this org. attempted to recruit me as a LEO/state actor over 10 years ago; I would've been untouchable, hunting down & arresting mafia targets; while the community praised me; with a wife, children, & a life not repeatedly destroyed; but I'm not evil.

I've now lost my business, along with every asset & resource. I need to survive & exist. I've rebuilt my life & six-figure income multiple times, but this will not be possible again, due to: the severity of losses; the state's participation in organized crime, & covering it up, instead of protecting my business & I from it; realizing this will never stop until I'm deceased; my business being flooded with fake leads/customers via mafia actors, conspiring to criminally/civilly frame me with the state's assistance, consuming all of my company's time & resources, attempting to scare me from doing home estimates via mafia/gang/cartel actors & forcing a company shutdown; past instances of being located at my current employer via banking transactions & illegal surveillance.

I want to mention, the head of the main civilian/state mafia (org.1) targeting me, is also a business competitor. For the record, incase something happens to me, below are the organized crime actors targeting me & coordinating all of this:

- Chris Stewart - The head of Mafia org.1, a statewide mafia of mafias & gangs, containing civilian, state & corporation actors. International Granite & Stone Odessa, FL, main owner; his former mafia-head dad is a founder of Hooters.

- Mark Grenier & Charlie Jackson - Cartel/Drug Gangs, Hell's Angels/Biker Gangs/1%er's, coordinating or carrying out criminal activity; International Granite & Stone Odessa, FL, part-owners & employees.

- Adam Weinstein - A member of Mafia org.2, a nationwide mafia of mafias & gangs, containing civilian, state, federal & corporation actors. Former editor of 'Task & Purpose' military magazine. Scott McKenna is to be included in this as well; Scott McKenna Realty, St. Petersburg, FL.

Over the last 2+ years, before & after my arrest, I've been trying to contact the FBI to report organized crime; hoping for federal witness protection-like assistance, realizing I can't escape this. I've been physically & digitally blocked by civilian mafia & corrupt LEO actors, during every attempt. During this time, I've put together a 250 page statement containing 10 years of organized crime data; revealing all scripted every-mafia-target actions nationwide, who & what civilian, state, federal & corporation actors & resources are used, in an attempt to end every targets life. While they've been hunting me, I've been investigating them. This 250 page statement has been submitted with multiple federal lawsuits, I've filed; hoping to get some form of justice, & expose all of this publicly for other mafia targeted-individuals. Not knowing if I'm going to escape this mafia/state-corruption jailing, prosecution & rigged(don't-allow-any-state-corruption-evidence) court process; I need outside assistance getting this information to the FBI. This has to be done, or start, via an FBI online report; this is the only way to ensure I'll get help. Sumter County jail will not allow me to do this, no matter what the circumstances are. My survival depends on this happening, before I leave the Sumter County jail, & is the main reason I've sent this document.

The following page contains a list of what I'm asking for help with.

Statement 2 of 4

State forged Competency Evaluation & Coverup, Pg 1/5

In a premeditated effort, the State forged a mental competency evaluation; that initially started after they were caught accessing my property illegally at Sumter County Detention Center, to trace & forge my (one-off) ID Signature on a document stating: "I decline on attorney to represent me. Once I made the Court aware of the State's fraud, a mental competency evaluation was requested; I would learn how the State uses forged/fake competency eval's for: (1) retaliation purposes (knowingly sending competent people to a mental institution, I'm not the only victim); (2) covering up Law-Enforcement/State corruption & blocking you from trial, to prevent documenting corruption & lawsuits.

I want to note, I'm a 5-time & 10 year victim of organized crime, criminal framing & more; involving state-wide civilian & state mafia & gang actors. My (premeditated false) arrest, was coordinated & carried out by these same actors, with Sumter County Sheriff's Office allowing a civilian mafia actor, to pose as a law enforcement officer; with his only job being, to illegally arrest me at the right time; while civilian mafia members worked daily to criminally frame me; at the same time multiple gang organizations such as: MS13, Cartel, & Hell's Angel's worked to force me off camera for days; attempted, to physically harm me for not complying, & threatened to "cut my eyes out" & kill my family if I told the feds what was done to me, my car & my business (all mafia & gang sabotaged). To be clear, in this instance, not only do you have State & LEO actors, doing the bidding of civilian mafia, but their is collusion with MS13, Cartel & more, by proxy of the same individual & his associates.

After being stripped of my car, clothes/luggage & phone via mafia actors; stranded & surrounded by mafia & gang actors for days in the middle of nowhere; after confirming my company has been infiltrated by mafia & gangs to force me to shutdown & attempt to criminally frame me; after the Sarasota Police Chief is forced to resign a few days earlier, for getting caught conspiring with civilian mafia & Sarasota County Sheriff's, responding to their own fake 911 call, while illegally tapping my phone, to arrest me with no crime, in order to stop me from speaking with the FBI, while I'm on the phone with them (2nd time in 10 years), & everyone getting caught by their own staff; I request Law Enforcement to be called to report on-camera organized crime in Wildwood. I'm immediately arrested by the civilian mafia actor posing as a Sumter Sheriff, who bounces in & out of Law Enforcement offices, arresting mafia targets, state & nationwide. I want to note, I have 10 years & 250 pages of data on this fake, mafia cop, these civilian & state mafia tactics & organization(s), to support my claims.

After my arrest, I'd be notified & mocked via prosecutor & select deputies that I'm a mafia target. Following a mafia script, I'd be forever blocked from outside communication to bond out; falsely imprisoned; literally kidnapped; forcing the loss of my business, all money & assets by design; months of torture tactics & blackmail to force me to take false charges. Forging a fake mental health eval when I refuse to take fake charges; using this to block trial, to coverup all State & County criminal activity; while conspiring to manufacture jail charges via torture tactics & false statements.

## State forged Competency Evaluation & Coverup, Pg 2/5

After 9+ months & almost a max sentence served; after my original public defender & the supervisor of all State Attorneys knowingly submit a forged & fake health eval. to the Court, to block my trial request; my original charges are dismissed. A couple months later, with any possible criminal evidence against the state or county out of the way; the state is now ready to prosecute me on fake jail charges. The court goes off record to cover-up their conversation on paper, right in front of me; the court is notified via state & my public defender that the health eval was fraud & to ignore it. The court then decides to proceed with prosecution; confirming they were notified the health eval was fraud, because legally you cannot prosecute me with a failed competency evaluation.

Throughout this entire process, I send 3 requests for 'speedy trial'; it's been over 1 year, the state & my public defender have ignored all of my legal requests/demands/motions for 'speedy trial'. Legally my charges have to be dismissed, but the state & court is using its own forged documents to justify denying my legal rights. This plays out over the next year, but in the meantime...

Now that I know the state admitted to its fraud, I immediately request this to be added to evidence, "so the jury doesn't blindly trust the state" & understands the level of corruption I'm the target of. This triggers the court to assist the state in its coverup of a coverup; the court reverses the decision to proceed with prosecution after my request, pretends they were never notified the health eval was fraud, ignores the fact that I have video evidence & 4 deputy witnesses that can prove the health eval was forged, & orders that I'm to be sent to a mental institution. This court hearing on 6/1/22 was via video; only the state & judge were present in court. During the hearing, I notify the court I'm going to file a lawsuit in federal court if this corruption continues; and that I'm the victim of organized crime & a mafia arrest. The state immediately leaks my intentions to civilian mafia; in roughly one hour, a mafia actor is allowed to enter Sumter County Detention Center (for the 2nd time) to threaten my life for wanting to contact Feds. Days before my arrest, this same mafia org. surrounded me, along with gang members; after getting caught sabotaging my car & more; they'd tell me, I'm going to be killed regardless; but if I contact the Feds, my family dies first.

I'm forced to file a lawsuit against the state & court; the judge then reverses her decision to send me to a mental institution. The state & court then pivot, & request that I take a new health eval; in an effort to block their initial corrupt actions from being submitted as case evidence. I refuse, taking a new health eval, because: (1) I need the original forged health eval as case evidence; (2) the state has already been caught forging 2 different forms of court documents & cannot be trusted; (3) the state & court is illegally manipulating the judicial process to coverup my original false-arrest/kidnap & false imprisonment, which I also need as evidence; (4) I'm waiting for a higher court to review this matter & hopefully intervene.

State forged Competency Evaluation & Coverup, Pg 3/5

6 months later, the court attempts to manipulate me as if I'm a fool, & tells me they just need a new health eval because the last one is old; while the court & state imply, this time they won't be corrupt.

The state & now the court, has been stuck in a corruption & coverup hampster wheel, for 2 years; and has not been able to prosecute me on any charges, due to their own criminal actions. My original fake charges were dismissed, my fake jail charges have been on hold 1.5 years, while the state tries to wiggle their way out of being exposed for their corruption.

With malicious intent, the state/court revoked all of my bonds on my original arrest charge, & on my jail charges; while all of these charges have video proving nothing criminal took place; in a organized & premeditated effort, coupled with blocking all outside communication, to make me lose my business, all money & assets—it worked. I had money for the original bond, & any attorney I wanted, before I was falsely imprisoned. The state, & court continue to deny my speedy trial request; while I sit in jail for 2 years & counting; with none of my cases moving forward, & keep getting continued.

If the court was acting honestly, & not protecting the corrupt state; they would apply or consider the-fruit-of-the-poisonous-tree doctrine to my jail charges, & dismiss them; I'm asking my public defender to make this request to the court & state. See Wong Sun v. United States, 371 U.S. 471 (1963).

So far, both of my public defenders have been ineffective counsel, & have only assisted with covering up the forged health eval & state corruption; this is part of my evidence; they're also employed by the state, making it a conflict of interest to have state actors as counsel. As a 5-time civilian/state mafia & gang target, actors who conspire to criminally frame every target; in every case, any civilian attorney I attempt to hire, their information is obtained by mafia actors(or attempted) via illegal digital surveillance or by the state, & they are mafia threatened to not represent me; making it impossible to have effective counsel, or even submit evidence, due to the court also assisting with this coverup. This is a violation of my constitutional rights & goes against prior case law; see Anders v. State, 1967 386 U.S. 738, 744–745, 87 S Ct. 1396 1400, 18 L. Ed. 2d 493, "The right of an indigent to appointed counsel includes the right to effective representation by such counsel; also see Chalk v. Beto, 5 Cir. 1970, 429 F. 2d 225, "Effective counsel should be free from any influence or prejudice, which might substantially impair his ability to render independent legal advice to his indigent client".

I currently have federal lawsuits against Sumter County's: State Prosecutor's Office, District Court & the Public Defender's Office; it is a conflict of interest for my cases to be prosecuted, represented & heard by these entities. I'm asking for a conflict-of-interest personal attorney of my choice, due to false imprisonment; and my cases transferred to Charlotte County, also due to a conflict of interest & family location.

State forged Competency Evaluation & Coverup, Pg 4/5

1/7/23: The previous 3 documents have been submitted to the court & public defender's office in Sumter County; this document packet is to be continued...

2/3/23: The coverup continues: My public defender (state employee), who initially researched & investigated me, my (now-former) six-figure business (I was also a multi-million dollar, multi-business consultant for 15 years), the fake/forged competency eval, & notified the judge/prosecutor it was fraudulent; leading to the judge, prosecutor & public defender deciding to continue with prosecution, until I request this fraud & corruption is added to evidence "so the jury doesn't blindly trust the state"(the state/county is covering up their involvement in organized crime & kidnap/false-imprisonment on behalf of civilian mafia actors); immediately leading to the judge changing her mind, ordering I'm to be sent to a mental institution, to assist the state with prosecution, a continued coverup & lawsuit prevention (followed by the judge reversing this court order after I file a lawsuit against the court, then all parties attempting to force me to take another eval, to delete their original fraud as available evidence for my cases); - my public defender now claims he wants to go with the corrupt state doctors forged/fake-on camera, with 4 deputy witnesses - fraudulent health eval; due to the state being boxed in by their own corruption, not legally able to prosecute me, unless they admit to forging medical & court documents on-record. Meanwhile, I've requested speedy-trial 3 times starting well over a year ago, & filed a notice of expiration of speedy trial; all requests/filings have been ignored by all parties. Judge Hatcher states: "we have to be careful what we say [on-record]", then immediately goes off-record, as she has at all of my court hearings; to discuss with the state & public defender, the fraud that's taken place, & how to cover it up - this is not a judge's job.

Over the last 2 years, I've learned how public defenders conspire with the state attorneys; not only offering/forcing plea deals when the evidence is clear, you're innocent, but assisting the state in denying all of your speedy-trial rights. By ignoring all of your contact & speedy-trial requests, keeping this info out of court, the state feels they don't have to acknowledge your requests & allows them to circumvent your speedy-trial rights - they do this to everyone. Forcing everyone to sit in jail for years, before 1 single discussion with your public defender takes place, or any review of the evidence via state; using assume-everyone-is-guilty, take-the-plea-deal-or-you'll-get-the-max sentence, even if you're innocent tactics. With your public defender ensuring the state won't be sued for a false or malicious arrest at any cost; while continueing your case year after year.

This document(ary) packet is to be continued...

Edit: I hear my public defender inform the judge my federal lawsuit was dismissed - when in reality jail staff has been blocking my mail to cause this - instant lawless court corruption would follow.

State forged Competency Evaluation & Coverup, Pg 5/5

3/21/23: I find out Sumter Jail staff has been blocking my out-going mail to the Courts - including 15 Federal Court filings - ensuring I can't escape this State kidnap or get justice.

3/22/23: I'm taken, to a mental institution without notice, Judge Hatcher has filed another Court order - knowingly via medical fraud - to send me there; assuming now their will be no legal con-sequences for her actions. If she would just allow me to use this as case evidence, being the State's already admitted to medical fraud, we could proceed with prosecution.

Early May, 2023: Without going through the competency, training, evaluation, & testing process, Judge Hatcher illegally decides I'm competent from 2 hours away; and files an order to bring me back to Sumter Jail. When in reality, she's run out of time to pro-secute me, due to the all-court-actor medical fraud & State corruption cover-up she's been the coordinator of, dragging out for 1.5+ years; she recently reviewed my judge & State corruption case evidence I submitted, to show a history of LEO, County, & State corruption, & why a jury can't blindly trust any of their state-ments. This is obviously now a conflict-of-interest for any Sumter Court actor to prosecute, judge, or defend me - I believe now the judge wants my head, & gives everyone the maximum sen-tence - but has ignored my legal request for a change of venue, & a conflict attorney.

5/18/23: I have court, my public defender makes it clear to Judge Hatcher that he won't sign off on what she did, & that it isn't legal for her to act as the doctor. She doesn't agree, & sets my cases(3) for trial in September; while still ignoring my 'Nelson-Hearing' & 'Bond Hearing(my bonds have been illegally revoked for 2 years) requests, & my venue & attorney conflict-of-inter-est concerns & requests - this is illegal, but what's new.

Statement 3 of 4.

Original Copy - I request

To the Judge,                                                    ST.1/2

As of today, (12-16-21) I'm requesting a speedy trial & trial date

I'm asking the honorable Judge to dismiss these charges, if the speedy trial scheduling statute cannot be met.

☆ Attn: Clerk of Court ☆

Technically these charges should be dismissed, unless a rush trial date can be scheduled

Case #

21-CF-483

21-CF-455

21-CF-449

Shaun Patrick Stewart

Shaun Stewart

2nd Request

State of Florida ) Sumter County
vs                Circuit Court
Shaun Patrick
Stewart          )        Case #:
                 )   21-CF-449
                 )   21-CF-455
                 )   21-CF-483

Speedy Trial

2nd request to court

As of 2/12/22, I'm requesting
a speedy trial on all 3 cases.

I'm requesting the honorable
Judge to dismiss these charges,
if the speedy trial scheduling
statute cannot be met.

Shaun Patrick Stewart

Shaun Stewart

# Sumter County Circuit Court 1 of 3

State of Florida

vs

Shaun Patrick Stewart

21-CF-449
21-CF-455
21-CF-483

## Speedy Trial
3rd Request

An official legal request/letter:

To: Public Defender Snow, Judge Hatcher

As of 2/28/22, I'm invoking my 5th amendment right to due process, & demanding speedy trial.

I'm requesting Attorney Snow to immediately file for speedy trial.

This is my 3rd request to the court, starting at the beginning of the year.

I'm also requesting Judge Hatcher to acknowledge on-record, instead of off-record, that the State has acknowledged...

continued

that the health eval they sub-
mitted, was fake & forged (on
camera, in a court room).

And as of today, 2/28/22, has
delayed my Speedy Trial filing
3 months/90 days.

And the 'legal clock' to start
trial should begin at the 1st
of the year.

I request all info on these
forms to be submitted as
evidence, regarding State
Credibility.

I think it's important the
jury knows whether they can
blindly trust the State, after
a pre-meditated forged/fake
health eval was used to:

-Cover-up a pre-meditated illegal
arrest (with LEO witness & video).

-Deny Due Process - 1.5x

-Manipulate & Lie to Judge.

-Commit Medical & Court Fraud

continued

To recap, Attorney Snow - I'm asking you to:

-File for Speedy Trial, today.

-Request the Court to start the Speedy Trial clock & allowed time to prosecute me at 1/1/22. State Fraud & Cover-up is not my fault.

-Submit all of this as evidence.

I want to note, it's been 1 year & not once have we discussed my actual case.

I'm here on no bond, blocked from speedy trial, with...

NO EVIDENCE/WITNESSES.

If these request are not made, to, and granted by the court, I'm going to request the middle district court to review these cases.

Shaun Patrick Stewart   2/28/22

Shaun Stewart

IN THE CIRCUIT COURT OF THE
FIFTH JUDICIAL CIRCUIT, IN &
FOR SUMTER COUNTY, FLORIDA

STATE OF FLORIDA

-V-

SHAUN PATRICK STEWART

CASE NO.
2021000449 AXMX
2021000455 AXMX
2021000483 AXMX

Notice of request for Nelson Hearing/Motion for defendant to co-counsel

Comes now, The Defendant, SHAUN PATRICK STEWART, Pro Se in proper person, and request this Honorable Court to schedule a Nelson Hearing, pursuant to Nelson v. State, 274 So 2d 256, Fla 4th DCA (1973); in the above cause & based on the facts below.

Counsel, Daniel Snow's actions & why I need to co-counsel:

1) Failure to communicate with defendant; not 1 conversation has taken place regarding the details of my case in 2 years; all contact requests have been ignored from my family & I, regarding my case status & getting a bond.

2) All 'speedy trial' request have been ignored; I have made 3 request via mail & many more via kiosk.

3) Failure to provide motion for discovery, pursuant to 3.220 Fla.R. Crim.Proc.

4) Failure to depose witnesses.

5) Failure to acquaint himself with facts of my case.

6) Counsel has derelict his duty as reasonable legal representation to do an investigation on my case.

7) No attempt to schedule a bond hearing for 2 years, with charges that always have a bond.

8) Refusing to discuss state corruption evidence or use it for my case; proving state legal representation is a conflict of interest; and so far only working in the interest of the state attorney.

The supreme court has adopted the procedure outlined by the fourth district in Nelson v. State, 274 So 2d 256, Fla. 4th DCA (1973), for addressing a criminal defendants request to discharge court appointed counsel. See Hardwick v. State, 274 So 2d 1071, 1074-1075, Fla. 1988. Preliminarily, the court must determine whether the defendant's request to discharge counsel is un-equivical and, if it is, the court must ascertain the reason for the request. Jackson v. State, 33 So 3d 833, 835, Fla 2nd DCA 2010. If the request is read unequivocal and the defendant asserts counsel's inneffective assistance as the reason for the request, the court must conduct an inquiry "to determine if their is reasonable cause to believe that court appointed counsel is not rendering effective assistance, and, if so, appoint substitute counsel." Milkey v. State, 16 So 3d 172, 174, Fla 2nd DCA 2009. Wherefore, the defendant believes his request to be as unequivocal as can be & prayerfully request that this Honorable Court would schedule a Nelson hearing in favor of defendant's request to receive not perfect counsel, but to receive reasonable assistance of counsel without creating conflict in his court proceedings.

Anders v. State, 386 U.S. 738 (1967), states: "The right of an indigent to appointed counsel includes the right to effective representation by such counsel."

Chalk v. Beto, 5 Cir. 429 (1970), states: "Effective counsel should be free from any influence or prejudice which might substantially impair his ability to render independent legal advice to his indigent client."

I reference the Anders & Chalk cases above, because the state has not provided effective legal representation; and his ability to render independent legal advice has been impaired due to the states past involvement and/or facilitation in corruption & organized crime targeting me, & used to manu-facture my criminal charges; while all county & state actors conspire to coverup these past actions.

IN THE CIRCUIT COURT OF THE
FIFTH JUDICIAL CIRCUIT, IN &                    Page 1/
FOR SUMTER COUNTY, FLORIDA

STATE OF FLORIDA
    Plaintiff                        CASE NO. 2021000449AXMX
        -V-                                    2021000455AXMX
                                               2021000483AXMX
SHAUN PATRICK STEWART
    Defendant

## NOTICE OF:

* State provided legal representation, Sumter County State Att-
  orney's Office & Sumter County District Court conflict of in-
  terest (due to active lawsuit(s) & evidence manipulation);

* Impossibility of effective or any legal representation;

* New evidence submitted (see attached documents);

* Denial of 3 requests for Speedy-Trial (mailed to the court, state
  attorney & public defenders office), starting over 1 year ago;

* Expiration of Speedy Trial, pursuant to Fla.R.Crim.P. 3191, & act-
  ivates the right of recapture period, pursuant to 26 So. 3d 572;

* Fraudulent & (premeditated) State forged competency evaluation
  (used to coverup a false arrest, corruption, & justify denying
  my Speedy-Trial rights over 1 year);

* Denial of my entitled choice of personal attorney (via false im-
  prisonment & organized crime actors);

* State prosecutor(s) & County LEO's leaking my county & federal
  court case/filing intententions/testimony/info to (head) organized
  crime actors (& allowing them in Sumter County Detention Center
  (twice) to threaten my life, to force my silence);

* Violation of Constitutional Rights used to manufacture my charges;
  14th, 8th & 4th amendment violations;

* Bail, Counsel, Court & Prosecution Violation of Constitutional Rights-
  2nd, 6th, 8th & 14th amendment violations.

See attached documents.

## MOTION FOR:

* Case transfer to Charlotte County (due to conflict of interest &
  family/residence location);

* Conflict of interest, personal attorney, any practicing
  attorney of my choice (due to multiple active lawsuits
  against the State Prosecutor's & Public Defender's Office, & a
  organized, scripted & premeditated false imprisonment, to
  force the loss of my very high income & all assets).

See above & attached documents

State of Florida }
         v.
Shaun Patrick Stewart }

Case No.
20210449AXMX
20210455AXMX
20210483AXMX

Notification of: intention to request bond; violation of rights; new case evidence.
To the Honorable Court,

Judge Hatcher, if you recall my court hearing on 10/26/22, you stated I have a bond; jail deputies, my relatives, & I have confirmed I do not have a bond on 2 of 3 of my jail charges/cases. My original charges were dismissed.

I have submitted a 'motion for a bond hearing' to the court. My family & I have tried to contact my attorney to discuss my charges & bond for 2 years, with no success. My jail charges have video proving nothing illegal happened, & a retracted statement (admitted lie) from a deputy.

As a 10+ year victim of organized crime, that involves civilian mafias, gangs & a large group of state actors, that conspired to manufacture my original arrest; I believe not only am I being maliciously prosecuted, but my bonds were maliciously revoked.

I'm asking you to please schedule a bond hearing, and set a very affordable bond; as my very low income relatives are paying for this.

I want you to be aware, that even if I was guilty of these jail charges, any conviction would be over-turned; due to organized & premeditated civilian/state corruption, & multiple violations of my constitutional rights in order to manufacture these charges; along with no evidence, witnesses, false statements, many months of torture to force me to take my original fake arrest charges, & false imprisonment; by never allowing any outside communication (while having a small bond I could pay), in an effort to force the loss of all my money, assets & business; then using the false imprisonment to create new charges.

The above is not only a civil rights violation, but the-fruit-of-a-poisonous-tree doctrine should apply to all 3 jail cases/charges; see Wong Sun v. United States, 371 U.S. 471 (1963); my jail charges should be dismissed. Please put yourself in my shoes; video evidence proved I was innocent of my original charges as well, extreme state corruption & the real reason the state forged a fake health eval to block me from trial. I had a family & thriving 6-figure business; I am the only victim of crime here.

I look forward to getting back to work, assuming you set a bond; I also hope you consider dismissing my jail charges as well. Thank you for your time.

Shaun Patrick Stewart
Defendant/Co-counsel
219 E Anderson Ave.
Bushnell, FL 33513
Shaun Stewart

FIFTH JUDICIAL CIRCUIT, IN &
FOR SUMTER COUNTY, FLORIDA

STATE OF FLORIDA
  Plaintiff

    -V-

SHAUN PATRICK STEWART
  Defendant

CASE NO. 2021000449AXMX
          2021000455AXMX
          2021000483AXMX

## Motion for Bond Hearing

Comes now, SHAUN PATRICK STEWART, as defendant/co-counsel, & DANIEL SNOW, P.D., as co-counsel for the defendant in the above cause.

### Request for a Bond

The defendant requests a Bond for Cases: 449 & 455; and a lower bond to be considered for case: 483. Things to consider:

- The defendant has a legal right to bond; a retracted statement(admitted lie) & video evidence proves no illegal actions took place.
- The defendant has minimal financial support, & asks for very affordable bonds.
- The defendant has served 2 years on dismissed original charges, & the above jail charges. An initial premeditated false arrest continuation, that took place when attempting to report (select LEO facilitated) mafia & gang organized crime; an arrest (attempt) that started in Sarasota, FL a few days earlier, that caused the police chief to resign, after getting caught organizing an illegal phone tap, GPS surveillance & outright kidnap; for the only purpose being to stop me from speaking with the FBI, on behalf of a mafia kingpin civilian(2nd time in 10 years). Then put in cuffs by a mafia civilian posing as a Sumter Sheriff, then passed off to then Wildwood deputy Richard Tan & taken to jail; followed by forever blocking any & all outside communication to bond out, organized & premeditated: forever false imprisonment; loss of my business, money & assets on purpose; family threats; months of torture tactics & blackmail to force me to take false charges. Then conspiring to manufacture jail charges, and why the State forged a health eval to cover this up & blocked trial.

I HEREBY CERTIFY that a copy of the foregoing has been furnished to the STATE ATTORNEY'S OFFICE, 215 East McCollum Ave., Suite 102, Bushnell, FL 33513; The Sumter County CLERK OF COURT, 215 E. McCollum Ave., PO Box 2587, Bushnell, FL 33513; and the PUBLIC DEFENDERS OFFICE, 416 N Lawrence Street, Bushnell, FL 33513; on this _____ day of _____, 20____.

Shaun Patrick Stewart
Defendant/Co-counsel
219 E. Anderson Ave.
Bushnell, FL 33513
x *Shaun Stewart*

Daniel Snow
Public Defender & Co-counsel
416 N Lawrence St
Bushnell, FL 33513
X

Note: It's been 2 years, & no attorney has discussed the facts of my cases with me; and has ignored all contact request.

# Statement 4 of 4

Attn honorable Judge & Defendants: Sumter Jail is denying the postage & envelope resources I need to send this 250 page statement as an indigent inmate; I, will need a court order to obtain the resources I need to send these documents.